

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:        HDW2000 256 East 49th Street, LLC and Westbury, Inc. **V.** The City of Houston

Appellate case number:     01-12-00053-CV

Trial court case number:   0846371

Trial court:            113th District Court of Harris County

Date motion filed:       January 4, 2013

Party filing motion:     Appellants, HDW2000 East 49th Street and Westbury, Inc.

It is ordered that the motion for rehearing en banc is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Terry Jennings_____
                ☐ Acting Individually ☒ Acting for the Court

Panel consists of:


Date: February 8, 2013